No. 00–1001. IMMIGRATION AND NATURALIZATION SERVICE *v.* PHUONG PHUC LE. C. A. 9th Cir. Motion of respondent for

leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zadvydas* v. *Davis, ante,* p. 678.